UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA McDANIEL NORRIS, *et. al.*,

    Plaintiffs,

Case No. 13-12325

Honorable John Corbett O'Meara

v.

LASCO FORD, INC., *et. al.*,

    Defendants.

_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiffs filed their first amended complaint in this action July 3, 2013, alleging seven causes of action. Counts V and VII allege violations of the Equal Credit Opportunity Act, 15 U.S.C. §§ 1691 *et. seq.* Although those two causes of action arising under federal law are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations of the complaint are based solely on state law. No diversity of citizenship exists between the parties to this action. This court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Therefore, it is hereby **ORDERED** that Count I, II, III, IV, and VI are **DISMISSED WITHOUT PREJUDICE.**

                                                         s/John Corbett O'Meara
                                                         United States District Judge

Date: October 2, 2013

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 2, 2013, using the ECF system.

                                                    s/William Barkholz
                                                    Case Manager